**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| WANDA MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PHYSICIAN'S MEDICAL BILLING, INC.,<br><br>Defendant. | Case No.: 1:26-cv-00119-RDB |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Wanda Matthews, and Defendant, Physician's Medical Billing, Inc., by and through their counsel, hereby enter this Stipulation of Dismissal Without Prejudice. The above-captioned action is hereby dismissed with respect to all of Plaintiff's individual claims against Defendant, without prejudice.

Dated: June 30, 2026

Respectfully submitted,

By: */s/ Jeff Ostrow*

Jeff Ostrow (USDC MD Bar No. 31836)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

Leanna A. Loginov (USDC MD Bar No. 31890)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

David K. Lietz (USDC MD Bar No. 86398)
**MILBERG, PLLC**
5335 Wisconsin Ave. NW, Suite 440
Washington, DC 20015

Tel: (866) 252-0878
dlietz@milberg.com

*Counsel for Plaintiff*

*/s/ Lauren M. Burnette*
Lauren M. Burnette
**MESSER STRICKLER BURNETTE, LTD**
Fed Bar No. 29597
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
(904) 373-0546
(904) 298-8350 (fax)
lburnette@messerstrickler.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Jeff Ostrow*
Jeff Ostrow

**APPROVED: 7/1/2026** **/s/ - Richard D. Bennett**
**U.S. Senior District Judge**